# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**            **PLAINTIFF**

v.        **CASE NO. 4:21-CR-00029-BSM**

**DESMOND BEASLEY**            **DEFENDANT**

## ORDER

The government's motion to dismiss the indictment [Doc. No. 8] filed against defendant Desmond Beasley is granted. Pursuant to Federal Rule of Criminal Procedure 48(a), the indictment against Beasley is dismissed without prejudice.

IT IS SO ORDERED, this 28th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE